REMA V. MORRISON, as Administratrix of the Estate of KENDRICK W. MORRISON, Deceased, Appellant, *v.* NEW YORK TELEPHONE COMPANY et al., Respondents, Impleaded with Another.

Submitted June 3, 1938; decided July 7, 1938.

MOTION for reargument denied with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 444.)

In the Matter of ROSE M. SHERIDAN, Respondent, against JOHN J. McELLIGOTT, as Fire Commissioner of the City of New York, Appellant.

Submitted June 2, 1938; decided July 7, 1938.

MOTION for reargument denied with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 59.)

In the Matter of WILLIAM J. COOK et al., Respondents, against PAUL J. KERN et al., Constituting the Civil Service Commission of the City of New York et al., Appellants, Impleaded with Another.

Submitted June 3, 1938, decided July 7, 1938.

MOTION for reargument denied with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 195.)

CHASE NATIONAL BANK OF CITY OF NEW YORK, Respondent, *v.* MARY TURNER et al., Defendants, and KATHLEEN N. O'D. CANDEE Individually and as Executrix of WILLIAM F. S. HART, Deceased, Appellant.

Submitted July 7, 1938, decided July 7, 1938.

MOTION to amend remittitur denied with ten dollars costs and necessary printing disbursements. The affirmance of the judgment disposes of the litigation between the parties. (See 278 N. Y. 542.)